UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
                                    :       18-cr-179-02 (JSR)
          -v-                       :
                                    :          ORDER
MALIK GRAY                          :
                                    :
      Defendant.                    :
                                    :
------------------------------------x

JED S. RAKOFF, U.S.D.J.

     The representation of the defendant in the above captioned

matter is assigned to C.J.A. Attorney on duty May 18, 2020,

Karloff C. Commissiong, for the purpose of making a motion for

compassionate release.

     SO ORDERED

Dated:    New York, NY

          May 18, 2020                _____
                                      United States District Judge


1