UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

UNITED STATES OF AMERICA       :

    -against-                 :       **ORDER**

                                                      :       18cr179(JSR)

**Malik Gray**                 :       Docket #

------------------------------------------x


**Hon. Jed S. Rakoff**_____, **DISTRICT JUDGE**:
   Judge's Name

The C.J.A. attorney assigned to receive cases on this day, **Anthony Ricco**_____ is hereby ordered to assume representation of the defendant in the above captioned matter. ~~NUNC-PRO-TUNC~~ *Prior counsel is hereby relieved*.

                              **SO ORDERED.**

                              */s/ Jed S. Rakoff*
                           **UNITED STATES DISTRICT JUDGE**


Dated: New York, New York
      9/1/23