UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
United States of America            :
                                    :   18 ___ CR 179 ___ (JSR)
        -against-                   :
                                    :        ORDER
Malik Gray                          :
                                    :
            Defendant               :
------------------------------------x

USM # 85379-054

      **ORDERED**, that the defendant is hereby remanded to the custody of the United States Marshal.

                                      _____
                                      United States District Judge

Dated: New York, New York
       1-11-24